## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### <u>SHREVEPORT</u> DIVISION

PRESENT:                                                    DATE  :        May 10, 2011
HON.  <u>S. MAURICE HICKS, JR.</u>          JUDGE          COURT OPENED  : 2:15 p.m.
      <u>Marie Runyon</u>                  COURT REPORTER  COURT CLOSED  : 2:45 p.m.
      <u>Denise McDonnell</u>             MINUTE CLERK    TIME IN COURT    00:30

## <u>MINUTES OF COURT</u>

CRIMINAL NO. : 10-CR-319-14                       _X_ Defendant present
                                                  _X_ Defendant in custody
MAG. CASE NO.: NONE                               ____ Defendant on bond, bond continued
                                                  ____ Bond canceled
**DEFENDANT**    : TIMOTHY GENTRY                  ____ Personal Recognizance Bond
                                                  ____ Bond not made, remanded to custody
GOVERNMENT COUNSEL: J. LUKE WALKER                ____ Conditions of release signed (AO 199)
                                                  ____ Appearance Bond signed (AO 98)
DEFENSE COUNSEL      : RICHARD C. GOORLEY          ____ Failed to appear, warrant ordered
                                                  ____ Agent testified

( ) PUBLIC DEFENDER    ( ) RETAINED    (X) CJA    ( ) WAIVED

_X_   **CASE CALLED FOR SENTENCING**

   _X_ Defendant and counsel advised the Court that they have read the Presentence Report
   ____ Objections by Defendant to Presentence Report addressed and ruled on accordingly
   _X_ Defendant advised of right to appeal

**COMMENTS:**

Oral motion by Government to amend [413] Sentencing Memorandum was granted.

The Court adopts the factual findings of the Probation Office as contained in the Presentence Report and any addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 300 months as to Count One of the Second Superceding Indictment. Defendant is remanded to the custody of the U.S. Marshal. The Court recommends that the Bureau of Prisons perform a psychiatric evaluation on defendant. Subsequent to psychiatric evaluation, the Court recommends that the Bureau of Prisons designate defendant in Devens, Massachusetts for sex offender treatment or at a facility where defendant can receive the level of psychiatric care that he needs.

Upon release from confinement, the defendant shall be placed on supervised release for a period of life.

The defendant shall pay the special assessment of $100.00 immediately to the U.S. Clerk of Court.

All remaining counts are dismissed.

The defendant is notified of the right to appeal. If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals. The Federal Public Defender's Office is appointed to represent the defendant should he decide to appeal.