RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6 / 22 / 11
BY Dm

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA

VERSUS

MICHAEL CHILDS

CRIMINAL NO. 10-CR-00319-28

JUDGE MAURY HICKS

MAGISTRATE JUDGE HORNSBY

## EXHIBIT LIST

GOV 1          Images on 8 pages posted by defendant, filed in globo **UNDER SEAL**