UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10CR00319 |
| | : | |
| VERSUS | : | JUDGE HICKS |
| | : | |
| JOHN WYSS            (16) | : | |
| a.k.a.  Bones | : | MAGISTRATE JUDGE HORNSBY |

**JOINT NEUTRAL STATEMENT OF THE CASE**

The United States of America, by and through undersigned counsel, and defendant John Wyss, through undersigned counsel, hereby jointly file the following neutral statement of the case:

1. Defendant John Wyss ("Wyss") is charged with the following offenses: Count One, Engaging in a Child Exploitation Enterprise, in violation of Title 18 United States Code Section 2252A(g); Count Two, Conspiracy to Advertise Child Pornography, in violation of Title 18 United States Code, Section 2251(d)(1) and (e); and Count Three, Conspiracy to Distribute Child Pornography, in violation of Title 18 United States Code, Section 2252A(a)(2)(A) and (b)(1).

2. In support of those charges, the government alleges that between approximately January 8, 2008, and August 31, 2010, in the Western District of Louisiana and elsewhere, Wyss participated as a member of an Internet-based members-only bulletin board called Dreamboard, the purpose of which was, among other things, to advertise and distribute child pornography. Dreamboard, alleges the government, had several hundred members.  It is alleged that prospective members of Dreamboard were required to post child pornography depicting minors under the age of 13 to gain membership to the board, to follow various rules about what material could be posted in particular categories on the board, and to continue posting child pornography in order to remain a

member. The government further alleges that Dreamboard members used screen names, rather than their real names, to conduct their activities on Dreamboard. In particular, the government alleges that Wyss acted under the screen name "Bones."

3. During the course of his membership on Dreamboard, the government alleges that the defendant, in concert with three or more other persons, engaged in a series of three or more violations of federal child exploitation laws, constituting three or more separate incidents, and involving more than one victim. In particular, the government alleges that Wyss, acting as "Bones," on or about December 15, 18, and 28, 2009, posted advertisements on Dreamboard offering to distribute computer files that contained child pornography.

4. Mr. Wyss denies the government's allegations.

WHEREFORE, the parties request that this Honorable Court accept the preceding joint neutral statement of the case.

Respectfully submitted,

STEPHANIE A FINLEY
United States Attorney

By:   /s/ John Luke Walker
JOHN LUKE WALKER (18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618

ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
Criminal Division, U.S. Department of Justice

By:     /s/ Keith A. Becker
        Keith A. Becker
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        Child Exploitation and Obscenity Section
        1400 New York Avenue, NW, Suite 600
        Washington, DC 20530
        Telephone: (202) 305-4104


DEFENDANT JOHN WYSS

By:     /s/ Curtis R. Shelton
        Curtis R. Shelton
        Ayres, Warren, Shelton & Williams, LLC
        14th Floor Regions Tower
        333 Texas Street (71101)
        P. O. Box 1764
        Shreveport, LA  71166-1764
        Telephone: (318) 227-3500

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | | : | CRIMINAL NO. 10CR00319 |
|---|---|---|---|
| | | : | |
| VERSUS | | : | |
| | | : | JUDGE HICKS |
| | | : | |
| JOHN WYSS | (16) | : | MAGISTRATE JUDGE HORNSBY |
| a.k.a.   Bones | | : | |
| | | : | : |

C E R T I F I C A T E

I hereby certify that on April 9, 2012, a copy of the foregoing joint neutral statement of the case was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following by operation of the court's electronic filing system:

Curtis R. Shelton
Counsel for John Wyss

/s/ KEITH A. BECKER
Trial Attorney

4