UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 10-00319-08 |
| | * | |
| VERSUS | * | |
| | * | |
| DESMOND MEREDITH | * | JUDGE HICKS |
| a/k/a Beast | * | MAGISTRATE JUDGE HORNSBY |

## AGREEMENT TO ABANDON PROPERTY

This agreement is made between DESMOND MEREDITH, a/k/a Beast, and the United States Department of Justice, United States Attorney's Office, Western District of Louisiana.

DESMOND MEREDITH, a/k/a Beast states and affirms that he is the rightful and sole owner of the following property:

1. C-Machines computer, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

2. Nokia phone, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

3. Sony thumb drive, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

4. Baseball pitching CD, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

1

5.      Miscellaneous Documents, seized from the defendant, DESMOND

MEREDITH, a.k.a. Beast, on November 16, 2010.

6.      Cannon Camera, seized from the defendant, DESMOND MEREDITH,

a.k.a. Beast, on November 16, 2010.

7.      Floppy disks (23) and CDs (9), seized from the defendant, DESMOND

MEREDITH, a.k.a. Beast, on November 16, 2010.

8.      VHS tape, seized from the defendant, DESMOND MEREDITH, a.k.a.

Beast, on November 16, 2010.

9.      Wii, seized from the defendant, seized from the defendant, DESMOND

MEREDITH, a.k.a. Beast, on November 16, 2010.

10.     Xbox, seized from the defendant, seized from the defendant, DESMOND

MEREDITH, a.k.a. Beast, on November 16, 2010.

11.     Sony PSP, seized from the defendant, seized from the defendant,

DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

12.     Sony Camera w/ Media card, seized from the defendant, seized from the

defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

13.     Fujifilm Camera, seized from the defendant, seized from the defendant,

DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

14.  8mm cassette tapes (8), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

15.  Thumbdrive, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

16.  Fujifilm XD pic card, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

17.  Toshiba laptop (SN: 04566405), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

18.  HP laptop, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

19.  Toshiba laptop (SN: Z43830Z5K), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

20.  Cruzer thumbdrives (4), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

21.  Sony PSP (PP108581845-PSP1001), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

22.  Verizon phone, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

23. Ipod (2), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

24. Samsung phone, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

25. Miscellaneous photos and negatives, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

26. VHS tapes (12), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

27. VHS tapes (16), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

28. USB wireless adapter (2), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

29. HP E 300 Z, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

30. ELP 500X, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

31. Dell, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

4

32.     CDs (7) and floppy disks (10), seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

33.     Argus digital camera, seized from the defendant, seized from the defendant, DESMOND MEREDITH, a.k.a. Beast, on November 16, 2010.

Pursuant to this agreement, DESMOND MEREDITH, a/k/a Beast, who has been convicted of the felony offense of Conspiracy tp Advertise the Distribution of Child Pornography in violation of 18 U.S.C. § 2251(d)(1) & (e), on November 10, 2011 hereby knowingly, willfully, and voluntarily agrees to permanently abandon any and all ownership rights, legal interest and claims to the aforementioned property. Under this agreement, DESMOND MEREDITH, a/k/a Beast authorizes any law enforcement agency of the United States, or any other law enforcement agency that the United States may designate, to destroy or dispose of said property in any manner permitted by law.

DESMOND MEREDITH, a/k/a Beast
Defendant

STEPHEN A. GLASSELL
900 Pierremont Road, Suite 111
Shreveport, LA 71106
Telephone: (318) 865-4357
Counsel for Defendant

JOHN LUKE WALKER, (ID # 18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618