**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT  DIVISION**

PRESENT:                                                          DATE  :         **August 1, 2012**
HON.   S. MAURICE HICKS, JR.          **JUDGE**          **COURT OPENED   : 3:15 p.m.**
           Marie Runyon                          **COURT REPORTER**          **COURT CLOSED   : 4:30 p.m.**
           Denise McDonnell                 **COURTROOM DEPUTY**          **TIME IN COURT    01:15**

---

## MINUTES OF COURT

---

CRIMINAL NO.  : 10-CR-00319-02                          X   Defendant present
                                                                            X   Defendant in custody
MAG. CASE NO.: NONE                                            Defendant on bond, bond continued
                                                                                  Bond canceled
**DEFENDANT     : EDWARD OEDEWALDT**                  Personal Recognizance Bond
                                                                                  Bond not made, remanded to custody
GOVERNMENT COUNSEL: J. LUKE WALKER           Conditions of release signed (AO 199)
                                                                                  Appearance Bond signed (AO 98)
DEFENSE COUNSEL        : BETTY L. MARAK              Failed to appear, warrant ordered
                                                                                  Agent testified


(X) PUBLIC DEFENDER     ( ) RETAINED     ( ) CJA     ( ) WAIVED

---

   X    **CASE CALLED FOR SENTENCING**

        **X**  Defendant and counsel advised the Court that they have read the Presentence Report
        **X**  Objections by Defendant to Presentence Report addressed and ruled on accordingly
        **X**  Defendant advised of right to appeal

---

**COMMENTS:**

The Court has reviewed Sentencing Memorandum filed by the Government [715].

The Court adopts the factual findings of the Probation Office as contained in the Presentence Report and any addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 456 months as to Count One and 120 months as to Count Four of the Fourth Superceding Indictment, said counts to run concurrently.  Defendant is remanded to the custody of the U.S. Marshal.  The Court recommends that the Bureau of Prisons immediately designate Defendant to an institution that offers sex offender treatment programs.

 Upon release from confinement, the Defendant shall be placed on supervised release for a term of Life as to Counts One and Four of the Fourth Superceding Indictment, said counts to run concurrently.

The Defendant shall pay the special assessment of $200.00 immediately to the U.S. Clerk of Court.

Counts 2 and 3 of the Fourth Superceding Indictment are dismissed.

The Defendant is notified of the right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.