**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
<u>**SHREVEPORT**</u>  **DIVISION**

| | |
|---|---|
| **PRESENT**: | **DATE  :**   **August 1, 2012** |
| **HON**.  <u>S. MAURICE HICKS, JR.</u>   **JUDGE** | **COURT OPENED  : 5:00 p.m.** |
| <u>Marie Runyon</u>   **COURT REPORTER** | **COURT CLOSED  : 5:25 p.m.** |
| <u>Denise McDonnell</u>   **COURTROOM DEPUTY** | **TIME IN COURT   00:25** |

---

### MINUTES OF COURT

CRIMINAL NO. : 10-CR-00319-20                  <u>X</u>   Defendant present

                                               <u>X</u>   Defendant in custody

MAG. CASE NO.: NONE                            ____ Defendant on bond, bond continued

                                               ____ Bond canceled

**DEFENDANT     : DAVID LINDSAY**              ____ Personal Recognizance Bond

                                               ____ Bond not made, remanded to custody

GOVERNMENT COUNSEL: J. LUKE WALKER             ____ Conditions of release signed (AO 199)

                                               ____ Appearance Bond signed (AO 98)

DEFENSE COUNSEL     : DOUGLAS L. HARVILLE      ____ Failed to appear, warrant ordered

                                               ____ Agent testified

(X) PUBLIC DEFENDER     ( ) RETAINED     ( ) CJA     ( ) WAIVED

---

  <u>X</u>    **CASE CALLED FOR SENTENCING**

     <u>X</u>  Defendant and counsel advised the Court that they have read the Presentence Report
     ____ Objections by Defendant to Presentence Report addressed and ruled on accordingly
     <u>X</u>  Defendant advised of right to appeal

---

**COMMENTS:**

The Court has reviewed Sentencing Memoranda filed by the Government [714] and the Defendant [716] and Exhibits [717].  The Court has also reviewed additional sentencing materials in the form of letters of support, **which are filed in the Probation File.**

The Court adopts the factual findings of the Probation Office as contained in the Presentence Report and any addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the Defendant is hereby committed to the custody of the Bureau of Prisons for a term of 262 months as to Count One of the Fourth Superceding Indictment.  Defendant is remanded to the custody of the U.S. Marshal.  The Court recommends that the Bureau of Prisons designate Defendant to a facility in Washington State.

Upon release from confinement, the Defendant shall be placed on supervised release for a term of Life.

The Defendant shall pay the special assessment of $100.00 immediately to the U.S. Clerk of Court.

Counts 2,  3 and 4 of the Fourth Superceding Indictment are dismissed.

The Defendant is notified of the right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.