**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 10-00319-03

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

BRANDON WILLIAM LANE                        MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is a Motion for Clarification (Record Document 1148) filed *pro se* by Defendant Brandon William Lane ("Lane").  Lane seeks clarification from the Court regarding its position for credit for time served in Canada prior to sentencing in the instant case.  See id.  Lane submits that the Bureau of Prisons ("BOP") has awarded partial credit for time he served in Canada.  See id.  He maintains that in order for BOP to recognize the remaining time it must designate nunc pro tunc a Canadian prison system as the place in which he served a portion of his federal sentence.  See id.  Lane asserts that he will submit a request to BOP for nunc pro tunc designation.  See id.  He is now asking this Court opinion on the matter, namely:

> Would the Court object to the BOP awarding me full credit for my time spent in Canadian prison for the relevant conduct?

> Or alternatively:

> Will the Court recommend that I receive credit whether or not [Section] 5G1.3 was applicable?

Id. at 2.

Only the Attorney General, through the BOP, may compute a prisoner's credits. See United States v. Wilson, 503 U.S. 329, 334–35, 112 S.Ct. 1351 (1992).  This Court declines to comment on any future computation requested by Lane through the BOP.

Lane must make his nunc pro tunc request and allow the BOP to make a final determination of whether to make a nunc pro tunc designation that would give him credit for his time served in the Canadian prison system. If Lane is unhappy with BOP's decision, then he may file a Section 2241 habeas petition requesting a nunc pro tunc designation. See Pierce v. Holder, 614 F.3d 158, 160 (5th Cir. 2010).

Accordingly,

**IT IS ORDERED** that Lane's Motion for Clarification (Record Document 1148) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of February, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE